THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHY TULL, Appellant, against HONISS A. TULL, Respondent.

(Argued March 2, 1936; decided March 17, 1936.)

*Alexander U. Zinke, Charles W. Silver* and *L. Zinke* for appellant.

*Joseph D. Nunan, Jr.* and *John Ewen* for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.